**2005–0345.   State v. Kennedy.**

Cuyahoga App. No. 83445, 2004-Ohio-6414. On motion for leave to file delayed appeal. Motion granted.
    RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2005–0346.   State v. Baldwin.**

Cuyahoga App. No. 83327, 2004-Ohio-2850. On motion for leave to file delayed appeal. Motion denied.

**2005–0348.   State v. Kadas.**

Wood App. No. WD–04–013, 2004-Ohio-7159. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR and O'DONNELL, JJ., dissent.
    LANZINGER, J., not participating.

**2005–0370.   State v. Jones.**

Cuyahoga App. No. 83481, 2004-Ohio-5205. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER and LANZINGER, JJ., dissent.

**2005–0381.   State v. Young.**

Erie App. No. E–03–033, 2004-Ohio-5896. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER and LANZINGER, JJ., dissent.
    O'DONNELL, J., not participating.

**2005–0391.   State v. Bruce.**

Hamilton App. No. C–040421, 2005-Ohio-373. On motion for stay of court of appeals' judgment. Motion granted.
    PFEIFER, J., dissents.

**2005–0396.   State v. Furlow.**

Clark App. No. 03CA0058, 2004-Ohio-5279. On motion for leave to file delayed appeal. Motion denied.

**2005–0405.   State v. Remy.**

Ross App. No. 03CA2731, 2004-Ohio-3630. On motion for leave to file delayed appeal. Motion denied.

**2005–0412.   State v. Kreischer.**

Perry App. No. 03 CA 20, 2004-Ohio-6854. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed February 23, 2005:
    "Whether a court may order restitution by an offender pursuant to R.C. 2929.18(A)(1) to include medical costs paid on behalf of the victim by a third-party insurer?"
    RESNICK, J., not participating.
    Sua sponte, cause consolidated with 2005–0216, *State v. Kreischer*, Perry App. No. 03 CA 20, 2004-Ohio-6854.
    The conflict case is *State v. Miller*, Lucas App. No. L–01–1265, 2002-Ohio-853.

**2005–0415.   Hedges v. Nationwide Mut. Ins. Co.**

Franklin App. No. 04AP–423, 2004-Ohio-6723. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at Page 2 of the court of appeals' Memorandum Decision filed February 17, 2005:
    "Whether the decision in *Moore v. State Auto. Mut. Ins. Co.* (2000), 88 Ohio St.3d 27 [723 N.E.2d 97], is applicable to the version of R.C. 3937.18(A) as amended by H.B. No. 261 that went into effect September 3, 1997?"
    RESNICK and PFEIFER, JJ., dissent.
    Sua sponte, cause consolidated with 2005–0193, *Hedges v. Nationwide Mut. Ins. Co.*, Franklin App. No. 04AP–423, 2004-Ohio-6723.
    The conflict case is *Cincinnati Equitable Ins. Co. v. Wells*, Montgomery App. No. 20286, 2004-Ohio-2418.